FILED
CLERK, U.S. DISTRICT COURT

February 22, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___jgr___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ESMAEEL AFIFEH AND HASAN FATHI,<br>    Plaintiffs,<br>v.<br>FARID SHEKARCHIAN AHMADABADI (AKA OMID SHEKARCHIAN AHMADABADI), an individual, PROUD, LLC, PROUD HOLDING, LLC, FARSILAND AND DOES 1TO 50, INCLUSIVE,<br>Defendants.,<br>    Defendants. | Case No. 2:22-cv-00928-SB-AFM<br><br>**DEFENDANT OMID SHEKARCHIAN AHMADABADI'S ANSWER TO PLAINTIFFS' APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANTS** |

COMES NOW, Defendant **Omid Shekarchian Ahmadabadi** (Pro Se and only representing himself) and files his Answer to *Plaintiffs' Application for Issuance of a Temporary Restraining Order and Preliminary Injunction Against Defendants*. In support thereof, Defendant Omid Shekarchian Ahmadabadi states as follows:

On February 20, 2022, Plaintiffs brought an Original Petition and Verified Application for Issuance of a Temporary Restraining Order and Preliminary Injunction against Defendants including Omid Shekarchian Ahmadabadi, claiming Federal Copyright Infringement, Intentional Interference with Prospective , Economic Advantage, Negligent Interference with Prospective Economic Advantage, Unjust Enrichment, Misrepresentation in Violation of The Digital Millennium Copyright Act.

Also, Plaintiffs were seeking to enjoin all the defendants from further exploiting, copying, reproducing, marketing, and publicly displaying Plaintiffs' copyrighted content.

On February 12, 2022, the Court granted Plaintiffs' Ex Parte Application For a Temporary Restraining Order, and ordered the parties to appear on **February 25, 2022 at 8:00 a.m.** in Courtroom 6C of this Court, located at 350 West 1st Street, Los Angeles California, 90012, to determine whether a preliminary injunction should be issued in this case.

## DEFENDANT OMID SHEKARCHIAN AHMADABADI MOTION FOR CONTINUANCE OF HEARING DATE

Defendant Omid Shekarchian Ahmadabadi, moves this honorable Court for an order continuing the February 25, 2022 hearing date on Preliminary Injunction to a date no sooner than March 11, 2022.

Defendant Omid Shekarchian Ahmadabadi agrees to extend the terms of this honorable Court's TRO until the date of the hearing. Specifically, Defendant Omid Shekarchian Ahmadabadi agrees to be restrained from the activities stated in paragraph 4 (and subparagraphs 4(a) to 4(c)) of said ORDER, which will remain in place until the Injunction Hearing, or further order of this Court.

Defendant Omid Shekarchian Ahmadabadi seeks to continue the hearing date on Preliminary Injunction for the following reasons:

a) Plaintiff is a resident of Colorado, such that personally appearing in California for a hearing on February 25, 2022 imposes a significant burden on him, and makes it inconvenient for him to appear.

b) Most importantly, Defendant Omid Shekarchian Ahmadabadi seeks to secure representation by California counsel admitted to United States District Court, Central District of California – Western Division. Defendant Omid Shekarchian Ahmadabadi is

diligently working on securing said counsel, but respectfully requests more time to interview and retain counsel.

### SUBJECT TO THE ABOVE - DEFENDANT OMID SHEKARCHIAN AHMADABADI'S RESPONSE

Defendant Omid Shekarchian Ahmadabadi would show that Plaintiffs are not entitled to the relief they seek for reasons including that Plaintiffs placed the disputed work into the public domain prior to the time of their alleged registration of that work with the copyright office.

Defendant expects to bring forth additional defenses after an opportunity to consult with counsel.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant **Omid Shekarchian Ahmadabadi** (Pro Se and only representing himself), respectfully prays that this honorable Court GRANT his Motion for Continuance; EXTEND the TRO until the Injunction Hearing; and GRANT him all such other and further relief to which Defendant Omid Shekarchian Ahmadabadi may show himself to be justly entitled.

Respectfully Submitted

By: _____
**OMID SHEKARCHIAN AHMADABADI**
*Pro Se*

3