| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| Shireen Tavakoli, Esq. (SBN:320278) <br> ONE LAW LITIGATION PC <br> 10940 Wilshire Blvd., Suite 600 <br> Los Angeles, CA 90024 <br> Telephone: (424) 291-2644 <br> Email: Shireent@onelawpc.com <br> Rouzbeh Zarrinbakhsh, Esq. (SBN:307407) | | |
| ATTORNEY(S) FOR: | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HASAN FATHI and ESMAEEL AFIFEH <br> v. <br> NORTHTELECOM, LLC, SES S.A., SES AMERICOM, INC., AL YAH SATELLITE COMMUNICATIONS COMPANY P.J.S.C. (YAHSAT), YAHLIVE, OVH US LLC (OVH SAS), BENAMEIRAN (Siabazi.com), TV(TV24), M1(M+), 30TV (C++), TaK TV, ESGHEH | Plaintiff(s), <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:22-cv-00928-SB-AFM <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiffs
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Unknown at This Time | |

February 24, 2022                                    /S/ Rouzbeh Zarrinbakhsh
Date                                                         Signature

Attorney of record for (or name of party appearing in pro per):

Hasan Fathi and Esmaeel Afifeh