# Exhibit A

**Registration #:** PAu004119713
**Service Request #:** 1-11098874691

## Mail Certificate

GGC LAW
ROUZBEH ZARRINBAKHSH
11693 San Vicente Blvd.
Unit 366
Los Angeles, California 90049 United States

**Priority:** Special Handling     **Application Date:** January 11, 2022

## Correspondent

**Registration Number**

# PAu 4-119-713

**Effective Date of Registration:**
January 11, 2022
**Registration Decision Date:**
February 02, 2022

## Title _____

**Title of Work:** JEYRAN  Season 1, Episode 1 and 9 Other Unpublished Works

**Content Title:** JEYRAN  Season 1, Episode 1

JEYRAN  Season 1, Episode 2

JEYRAN  Season 1, Episode 3

JEYRAN  Season 1, Episode 4

JEYRAN  Season 1, Episode 5

JEYRAN  Season 1, Episode 6

JEYRAN  Season 1, Episode 7

JEYRAN  Season 1, Episode 8

JEYRAN  Season 1, Episode 9

JEYRAN  Season 1, Episode 10

## Completion/Publication _____

**Year of Completion:** 2022

## Author _____

- **Author:** Esmaeel Afifeh
  **Author Created:** Motion Pictures
  **Citizen of:** Iran
  **Domiciled in:** Iran

- **Author:** Hasan Fathi
  **Author Created:** Motion Pictures
  **Citizen of:** Iran
  **Domiciled in:** Iran

## Copyright Claimant

      **Copyright Claimant:**   Esmaeel Afifeh
                                  Vaie Asr, Ferdous Squar, Tehran, 1961912314, Iran

      **Copyright Claimant:**   Hasan Fathi
                                  Vaie Asr, Ferdous Squar, Tehran, 1961912314, Iran

## Certification

                **Name:**   ROUZBEH ZARRINBAKHSH, Authorized agent
                 **Date**:   January 11, 2022

        **Correspondence:**   Yes
   **Copyright Office notes:**   Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

                                  Regarding special handling request: Claim upgraded for special handling per request received on January 25, 2022 due to pending or prospective litigation.

# Exhibit B



Exhibit C





Home Genres Movies Series Live TV

Search movies, shows, سریال, فیلم

[redacted]

Get all your favorite shows and over 55,000 episodes for only $4.99/mo. Subscribe now.

discovery+

Sign Up

# Jeyran

## Jeyran / جیران

Jan. 14, 2022

5.8

188 votes

Your rating: 0

Drama

Episodes Info Cast

Seasons and episodes

1 **Season 1** Jan. 14, 2022

Episode 1

Soon | بزودی » Feb. 13, 2022

**Shared 17** Telegram Whatsapp Twitter Facebook

Start Your 7-Day Free Trial

Get all your favorite shows and over 55,000 episodes for only $4.99/mo. Subscribe now. discovery+

Sign Up

Similar titles

## Leave a comment

Your comment..

**Name** *
Add a display name

**Email** *
Your email address will not be published

☐ Save my name, email, and website in this browser for the next time I comment.

Post comment

**Start Your 7-Day Free Trial**
Get all your favorite shows and over 55,000 episodes for only $4.99/mo. Subscribe now. discovery+

Sign Up

**Start Your 7-Day Free Trial**

Get all your favorite shows and over 55,000 episodes for only $4.99/mo. Subscribe now.

discovery+

Sign Up

Home  >  TV Shows  >  Jeyran

**Farsiland** is the largest Persian movie database and TV series archive, please let us know if you encounter any incorrect information. Share and support us.

**Movies & Series**
New Series
New Movies
Old Series
Old Movies

**Live TV Channels**
IRIB TV3 Live
IRIB Varzesh Live
Manoto TV Live
BBC Persian Live

**Other**
Terms of Use
DMCA Disclaimer
Privacy and Policy
Contact Us



Episodes list

IRIB Nasim Live

Iran International Live

iFilm Live

RJTV Live

VOA Farsi Live

GEM TV Live

© 2022 by FarsiLand. All Rights Reserved.

# Exhibit D

**From:** **Rouzbeh Zarrinbakhsh, Esq.** rouzbeh@ggclawco.com
**Subject:** Re: Notice of Copyright Infringement (Jeyran)
**Date:** February 13, 2022 at 3:58 PM
**To:** Contact Benameiran.com  contact@benameiran.com



Please provide a US address for the documents.

Sent from my iPhone

On Feb 13, 2022, at 3:04 PM, Contact Benameiran.com <contact@benameiran.com> wrote:

لطفا هر چه سريعتر از ما شكايت با كمال ميل به دادگاهی كه عوامل جمهوری اسلامی هم نيز وجود دارند نيز شركت خواهيم كرد در رابطه با وكيل نگران ما
نباشيد ، شما نگران خود باشيد كه با تروريست ها همكاری ميكنيد و در قالب هنر پولشوئی های خود را پوشش ميدهيد به اندازه كافی در سايت ايران هواداران
حقوقدان نيز وجود دارد. به انگليسی گفتم شما متجه تشديد گفتم شكايت را ارسال كنيد نه اينها روزی 1000 تا به دست ما و هاستينگ ميرسه و هيچ
كدام هم ارزش حقوقی و قانونی دارد.

<div dir="rtl">

## پاينده ايران و ايرانی ، مرگ بر خائن وطن فروش

مازيار مدير سايت به نام ايران
</div>

Le dim. 13 févr. 2022 à 18:50, Rouzbeh Zarrinbakhsh, Esq. <rouzbeh@ggclawco.com> a écrit :
Please find attached our Cease and Desist Letter. You are advised to immediately stop streaming of this Copyrighted Work.
Furthermore, I advised you that there a Complaint has been filed against other infringing parties and that the Restraining
Order has been issued. If you do not comply by the terms stated in our letter, you will be joined as a defendant in this case.

For your information, motion pictures (art) is exempt of OFAC. I advise you to immediately hire an attorney.

Consider this our last notice.

Rouzbeh Zarrinbakhsh, Esq.
GGC LAW
310-890 5505

On Feb 13, 2022, at 3:26 AM, Contact Benameiran.com <contact@benameiran.com> wrote:

Please send your formal complaint to this email
Iran is not in the Bern group and any company outside Iran To want
Circumvent Bern's rules That is, directly Participates in money laundering and cooperation with the terrorist corps

Le dim. 13 févr. 2022 à 07:40, فرم تماس <contact@benameiran.com> a écrit :
از طرف: Rouzbeh Zarrinbakhsh <rouzbeh@ggclawco.com>
موضوع نامه: COPYRIGHT INFRINGEMENT

متن پيام ارسالی:

This law firm, GGC LAW, represents Mr. Afifeh and Fathi, in relation to the Copyrighted Work, Jeyran. We have initiated
a lawsuit against Iranproud and few other entities in U.S. Central District Court of California and obtained a Restraining
Order against them. If you do not immediately remove the content specified above, you will be named as a defendant
this coming Monday and will be served accordingly.

You can easily verify the Copyright Registration from  U.S. Copyright Office.

PAu 4-119-713.

--
اين ايميل از سايت به نام ايران ارسال شده

benameiran.com

# Exhibit E

# GGC LAW
## Golden Group Consulting

11693 San Vicente Blvd
Suite 366
Los Angeles, CA 90049

Tel: ( 310 ) - 890 - 5505
Fax: ( 310 ) - 943 -2232
rouzbeh@ggclawco.com

**February 03, 2022**

# CEASE AND DESIST DEMAND
## *Pursuant to Title 17 of the United States Code*

To whom it may concern:

This law firm represents the motion picture (series)**, JEYRAN** , in connection with all Copyright claims worldwide. Your company and any/all subsidiaries are now on **Notice** that the above-mentioned series has been registered by our law firm and the Registration Number is as follows: **PAu 4-119-713**. The effective date of registration is **January 11, 2022**, and the Decision Date is February 02, 2022. If you are represented by legal counsel, please direct this letter to your attorney immediately and have your attorney notify us of such representation. We have been instructed by our clients to provide you with prior notice in hopes to prevent you from any willful and intentional infringements. We are writing this letter to notify you in advanced that any unlawful use of this series will infringe upon our client's exclusive Copyright/rights.  Accordingly, you are hereby directed to

## CEASE AND DESIST FROM ALL COPYRIGHT INFRINGEMENTS

Mr. Esmaeel Affifeh, and/or his assignees are the exclusive owners of the said copyrighted motion picture. It has come to our attention that you have previously streamed and distributed our clients works unlawfully. Please note any attempt to use the said motion picture will constitute copyright infringement in violation of United States and Canadian Copyright Laws.  Under *17 U.S.C. 504*, the consequences of copyright infringement include statutory damages of up to $150,000 per work for willful infringements. Please also be advised that due to your prior knowledge regarding this Copyrighted motion picture, any unlawful streaming will be evidence of "willful infringement." Therefore, in addition to the civil consequences and under *18 U.S.C § 2319* , your actions may constitute criminal infringement of  copyrighted material, punishable up to 10 years imprisonment.

We demand that you:

1. Do not stream the mentioned motion pictures;

2. In case you obtained copies of the said materials, immediately destroy them (including any computer storedversions);

3. Provide written assurances within 5 days that you have complied with these directives and will not in the future infringe upon the copyrights of the above-mentioned copyrighted motion picture.

# Exhibit F

**From:** justin@wallchambers.com 
**Subject:** RE: Legal Notice of Intent to Join Yahlive and SES to the Pending Infringement Lawsuit in U.S. Central District Court
**Date:** February 15, 2022 at 12:54 AM
**To:** Rouzbeh Zarrinbakhsh, Esq. rouzbeh@ggclawco.com,   manage-my-consent@ses.com,   jitisha.kamdar@ses.com
**Cc:** Shireen Tavakoli   shireent@onelawpc.com

Dear Mr Zarrinbakhsh,

By way of introduction, I am Justin Wong, and I represent North Telecom.

Based on the information provided in your emails, which I have sought instructions from my client, I am instructed to request for further clarification on the exact nature of the breach, and for your client to state which exact channels are supposed to have broadcasted the alleged content.

This is because, based on the channel list provided, there are channels and frequencies which are contained in your list, but are not being broadcasted with North Telecom and/or Yahsat.

Appreciate if you could provide further particulars on the alleged infringement, and my client will be able to conduct further investigations.

Best regards
Justin Wong

**Partner**

 **WONG ARVIND LIM LEE**
Advocates & Solicitors

**Wong Arvind Lim Lee**
Advocates & Solicitors
A-05-03, Pinnacle Kelana Jaya | Jalan SS7/26 | Kelana Jaya | 47301 Petaling Jaya | Selangor | Malaysia
Tel: +603 7625 7065 | H/P: +6019 550 3354 | Fax: +603 2726 8845 | Email: justin@wallchambers.com | Website: www.wallchambers.com

NOTICE: This communication may contain legally privileged or other confidential information. If you have received it in error, please advise the sender by replying this e-mail and immediately deleting this message and any attachments without copying or disclosing the contents.  Although this email and any attachment are believed to be free of any virus, Trojan horse programs, worms or other defects which might affect any computer or system into which it is received and opened, it is the responsibility of the recipient to ensure that this email and its attachments are free from such viruses and no responsibility is accepted by Wong Arvind Lim Lee.

**From:** Rouzbeh Zarrinbakhsh, Esq. <rouzbeh@ggclawco.com>
**Sent:** Monday, 14 February, 2022 12:37 PM
**To:** justin@wallchambers.com; manage-my-consent@ses.com; jitisha.kamdar@ses.com
**Cc:** Shireen Tavakoli <shireent@onelawpc.com>
**Subject:** Re: Legal Notice of Intent to Join Yahlive and SES to the Pending Infringement Lawsuit in U.S. Central District Court

Please find attached channels that are repeatedly streaming this Series.

Once again, we demand to stop their services immediately.

Best,

*Rouzbeh Zarrinbakhsh, Esq.*

## GGC LAW

11693 San Vicente Blvd., # 366
Los Angeles, CA 90049
Tel: +1 (310) 890 5505
rouzbeh@ggclawco.com

*This electronic message contains information from GGC Law. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at rouzbeh@ggclawco.com.*

**From: Rouzbeh Zarrinbakhsh, Esq.** rouzbeh@ggclawco.com
**Subject:** Re: NOTICE OF EX PARTE APPLICATION
**Date:** February 23, 2022 at 9:41 AM
**To:** justin@wallchambers.com
**Cc:** jitisha.kamdar@ses.com, manage-my-consent@ses.com, Shireen Tavakoli shireent@onelawpc.com, bdd@scopetel.com.my
, info@mmbtv.net, info@northtelecom.com

Justin,

Please refer to my prior emails and read them carefully to avoid any miscommunications. The court action was initiated against other defendants and NOT North Telecom or any of its affiliates. We tried to avoid joining you to this already initiated lawsuit and sent you multiple notices, however, you disregarded the notices and allowed the contents to be illegally displayed.

We repeatedly demanded the channels to be stopped from displaying our clients' work, but unfortunately 2 episodes are destroyed so far. For your information, the **third episode** is being published tomorrow and you have time to stop them now to avoid further liability.

The complaint sent to you in my prior email was the original complaint against other defendants. We wanted to convey a clear message that this matter is urgent, in no success. The Amended Complaint (the one that has North Telecom and its affiliates as defendants) has been prepared and is being filed today for the 2 episodes already published. However, I advise to immediately stop the infringing channels from displaying this work to mitigate damages and avoid further liability.

Moreover, you are advised to forward this notice to your legal representatives and provide any/all **oppositions** to the Ex-Parte application.

Last, I repeatedly asked you to provide you **agent for service of process** (for the Court documents).

Best,

*Rouzbeh Zarrinbakhsh, Esq.*

## GGC LAW

11693 San Vicente Blvd., # 366
Los Angeles, CA 90049
Tel: +1 (310) 890 5505
rouzbeh@ggclawco.com

*This electronic message contains information from GGC Law. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at* rouzbeh@ggclawco.com*.*

On Feb 23, 2022, at 5:51 AM, <justin@wallchambers.com> <justin@wallchambers.com> wrote:

Dear Mr Zarrinbaksh,

To avoid any misunderstanding, it was the impression of North Telecom that the court process has already begun, as such communication from North Telecom would have been done via the legal process and not via emails. This was from the emails on 19 February 2022 (received at 12.15pm, 12.36pm, 4.41pm, and 5.10pm) and the email for substitute service on 17 February 2022 (received at 4.55pm). Please confirm, in the event communication on this matter can still be done via emails and not include the court process. If the court process has already begun, and communication should not be done via emails, then North Telecom shall reserve all communications.

Regards,
Justin Wong

---

**From:** Rouzbeh Zarrinbakhsh, Esq. <rouzbeh@ggclawco.com>
**Sent:** Wednesday, 23 February, 2022 2:52 PM
**To:** justin@wallchambers.com; jitisha.kamdar@ses.com
**Cc:** manage-my-consent@ses.com; Shireen Tavakoli <shireent@onelawpc.com>;
bdd@scopetel.com.my; info@mmbtv.net; info@northtelecom.com
**Subject:** Re: NOTICE OF EX PARTE APPLICATION

As you are well aware, this law firm represents the interests of copyright owners, *Jeyran*. To date, and despite our repeated efforts, you have failed comply with our Cease and Desist Letter/s. You are now on notice that we intent to file an **ex-parte** application for temporary restraining order tomorrow to enjoin you and your subsidiaries from unlawfully copying, reproducing and streaming this copyrighted work/series. Furthermore, we have amended our complaint to hold you and your affiliates liable for the significant damages my clients suffered globally as a direct result of your inaction in this case. The amended complaint includes North Telecom, SES, YAHSAT and YAHLIVE as defendants in addition to other infringing parties. All parties will be served accordingly. Please note the amended complaint will be filed tomorrow.

Moreover, you are advised to forward this notice to your legal representatives and provide any/all **oppositions** to the aforementioned application.

*Rouzbeh Zarrinbakhsh, Esq.*

## GGC LAW

11693 San Vicente Blvd., # 366
Los Angeles, CA 90049
Tel: +1 (310) 890 5505
rouzbeh@ggclawco.com

*This electronic message contains information from GGC Law. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at* rouzbeh@ggclawco.com*.*

On Feb 19, 2022, at 12:40 AM, Rouzbeh Zarrinbakhsh, Esq. <rouzbeh@ggclawco.com> wrote:

Dear all,

This email is to inform you of ongoing infringements by channels attached here (the most problematic is **TV8**). As advised before, our complaint is being amended to join you as defendants regardless of any actions you take at this time. The damages my clients suffered as a result of your intentional inaction are considerable and clearly we cannot resolve this matter without taking legal action anymore. However, as a courtesy, I am putting you on notice about this ongoing infringement, in an attempt to mitigate damages.

Please see attached documents evidencing some of these infringements. Please provide North Telecom's **agent** for Service of Process.

Best,

*Rouzbeh Zarrinbakhsh, Esq.*

**GGC LAW**
11693 San Vicente Blvd., # 366
Los Angeles, CA 90049
Tel: +1 (310) 890 5505
rouzbeh@ggclawco.com

*This electronic message contains information from GGC Law. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at* rouzbeh@ggclawco.com.

<IMG_9639.PNG><IMG_9640.PNG><IMG_9641.PNG><IMG_9642.PNG>
<IMG_9643.PNG><IMG_9644.PNG><IMG_9645.PNG><IMG_9646.PNG>
<IMG_9647.PNG><IMG_9648.PNG><IMG_9649.PNG><IMG_9650.PNG>
<IMG_9651.PNG>

On Feb 17, 2022, at 5:39 AM, justin@wallchambers.com wrote:

Dear Mr Zarrinbakhsh,

To your email below, I am instructed by my client to state that investigations are still ongoing and will revert in due course.

Further, it needs to be highlighted that the urgency of the matter is understood

Further, it needs to be highlighted that the urgency of the matter is understood, however my client is not in a position at the moment to suspend the services to its customers without conducting the required investigations. My client will be able to conduct the necessary investigations, and not SES and/or YahLive, as my client is the service provider.

Failing to conduct the required investigations prior to making a decision to suspend the services, resulting in any suspension being mistakenly or wrongly conducted, my client would be in breach of its agreement with its customers and be liable to damages.

Upon the investigation being concluded, an update will be provided.

Best regards
Justin Wong

---

**From:** Rouzbeh Zarrinbakhsh, Esq. <rouzbeh@ggclawco.com>
**Sent:** Thursday, 17 February, 2022 4:55 PM
**To:** manage-my-consent@ses.com; jitisha.kamdar@ses.com; justin@wallchambers.com
**Cc:** Shireen Tavakoli <shireent@onelawpc.com>; litigation@ggclawco.com
**Subject:** Re: Notice of Suit

This matter has been escalated to our litigation team. SES would be served in the U.S. through its assigned agent for Service of Process, North Telecom and Yahsat will be served through substituted service unless Mr. Wong agrees to receive Service on their behalf.

You will receive the Amended Complaint via email as well.

Best,

*Rouzbeh Zarrinbakhsh, Esq.*

## GGC LAW
11693 San Vicente Blvd., # 366
Los Angeles, CA 90049
Tel: +1 (310) 890 5505
rouzbeh@ggclawco.com

*This electronic message contains information from GGC Law. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at rouzbeh@ggclawco.com.*

On Feb 16, 2022, at 8:14 PM, Rouzbeh Zarrinbakhsh, Esq. <rouzbeh@ggclawco.com> wrote:

Dear all,

This is our LAST attempt to try to resolve this matter without resorting to legal action. As stated before, Our clients have suffered substantially by the channels you provide services to. Furthermore, a new episode of this series is coming out this Friday, February 18, 2022.

Please immediately suspend services to the infringing channels (list was provided earlier) in order to mitigate damages at this point. If you fail to prevent such infringements, we will hold you liable for all damages related to your inaction and will amend our complaint to join you in this action. To show you the urgency of this matter, I have attached a copy of the complaint along with the U.S. Copyright Certificate.

I expect to receive **adequate assurance** in the next 12 hours.

Best,

*Rouzbeh Zarrinbakhsh, Esq.*

# GGC LAW

11693 San Vicente Blvd., # 366
Los Angeles, CA 90049
Tel: +1 (310) 890 5505
rouzbeh@ggclawco.com

*This electronic message contains information from GGC Law. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at* rouzbeh@ggclawco.com.

Exhibit G

**From:** **OVH Legal** legal@ovh.net
**Subject:** [TICKET#2022022310000849] Following your Cease and desist demand
**Date:** February 23, 2022 at 5:10 AM
**To:** rouzbeh@ggclawco.com

OL

Dear Counsel,

We confirm that we have received your Cease and desist demand dated February 03 2022. As OVH SAS is headquarted in Roubaix, France, we are due to comply with French laws and regulations, as well as European Union legislation.

We have informed our client so that he takes the actions that he deems appropriate.

In case you take legal action to establish the illegality of the content you report, please be assured that we will apply all the measures that would be ordered by the competent court.

We remain at your disposal for any further information.

Kind regards,

OVHcloud Legal Service

Exhibit H

| TV Channel | Frequency | Provider | Satellite |
|---|---|---|---|
| TV8 (tv24) | 11958 V 27500 | NT | YahLive |
| M1(M+) | 11958 V 27500 | NT | YahLive |
| 30TV(c++) | 11766 V 27500 | NT | YahLive |
| Taktv | 11766 V 27500 | NT | YahLive |
| Eshghe serial | 11766 V 27500 | NT | YahLive |
| Mi TV | 12073 V 27500 | NT | YahLive |























