# Exhibit G

Help Center    Community    Announcements

Start advertising   Campaigns   Explore features   Optimize performance   Account & billing   Fix issues   Google Partners   Coronavirus (COVID-19) Resources and Updates

# Target ads to geographic locations

Google Ads location targeting allows your ads to appear in the geographic locations that you choose: countries, areas within a country, a radius around a location, or location groups, which can include places of interest, your business locations, or tiered demographics.

Location targeting helps you focus your advertising to help find the right customers for your business. This specific type of targeting could help increase your return on investment (ROI) as a result.

**Note:** Keep location targeting in mind when budgeting for radius at this time.

This article explains how location targeting works and how to set it up in your account.

> **Keep in mind**
>
> Location targeting is based on a variety of signals, including users' settings, devices, and behavior on our platform, and a Google's best effort to serve ads to users who meet your location settings. Because these signals vary, 100% accuracy is not guaranteed in every situation.
>
> As always, you should check your overall performance metrics to help ensure your settings are meeting your advertising goals and change them accordingly.

## Targeting the right locations for your business

Get guidance on choosing the location targets that are most appropriate for your business.

Compare location target types: countries, areas within a country, or radius   ˅

Tips for choosing the right locations for your business   ˅

## Set up location targeting

Click an option below for location targeting instructions. Keep in mind that available location target types vary by country.

Suggested time for task: 5-7 minutes

> **Note:** Google Ads only permits targeting for locations that adhere to minimum privacy thresholds where minimum area and minimum user counts are met. If your desired location target does not adhere to these privacy thresholds, then you will not be able to target it in the Google Ads interface.

How to reach audiences in entire countries   ˄

1. From the page menu on the left, click **Campaigns**.
2. Click the name of the campaign that you'd like to edit.
3. Click the name of the campaign, then click **Settings**.
4. Click the drop-down arrow next to "Locations."
5. Enter the name of the country that you'd like to target.
6. Click **Save** to add the location.

How to reach audiences in areas within a country   ˄

It's worth keeping in mind that selecting a small location could mean that your ads might only show intermittently or not at all. That's because small targets might not meet our targeting criteria.

1. From the page menu on the left, click **Locations**.
2. Click the name of the campaign that you'd like to edit.
3. Click the blue pencil icon.
4. Enter the name of the location that you'd like to target. If you're entering a city name, add the country name as well. You don't want to target Paris, France, if you're trying to sell cowboy hats to customers in Paris, Texas.
5. Click **Save** to add the location.

[ Try it now ]

Set location targeting for multiple campaigns at once   ˄

Here's how to set location targeting for multiple campaigns at the same time:

1. From the page menu on the left, click **Campaigns**, then **Settings**.
2. Check the box next to any campaigns that you want to change.
3. Click the **Edit** drop-down menu, then choose **Change locations**.
4. In the box that appears, choose whether you would like to see locations for the selected campaigns or add new, additional locations to those campaigns.
5. Type a location in the text field. After you select a location, additional text fields will appear where you can add more locations.
6. Optional: We recommend you click **Preview** to see how your campaigns' location will change.
7. Click **Apply**.

> 💡 **Tip**
> While on the campaign settings page, you can click the filter icon ▼ to show only campaigns that match specific criteria. This can make it easier to make changes in bulk to certain campaigns.

How to target a radius around a location   ˄

**Selecting a radius**
When you target a radius, it's worth keeping in mind that selecting a small radius could mean that your ads might only show intermittently or not at all. That's because small targets might not meet our targeting criteria.

1. From the page menu on the left, click **Locations**.
2. Click the name of the campaign you wish to edit.
3. Click the blue pencil icon, then select **Radius**.
4. In the search box, enter the address of the location you'd like to use for the center of the radius. Enter the radius that you'd like to target and select a unit of measurement from the drop-down menu.
5. Check the map to make sure you're targeting the correct area. When you're ready, click **Save** to add the radius target.
6. Click **Save**.

## Advanced: Targeting multiple locations in bulk

Google Ads allows you to add a bulk list of up to 1000 location targets at a time, rather than adding each location one-by-one. We also offer tools for bulk editing. Click an option below to find out more.

How to add multiple location targets in bulk   ˄

1. From the page menu on the left, click **Locations**.
2. Click the name of the campaign you wish to edit, then click the blue pencil icon.
3. Check the box next to "Add multiple locations."
4. In the box, paste or type the names of up to 1000 locations that you'd like to target (with each location on a separate line), and add locations from one country at a time. See the list of locations that can be targeted.
   - To target more than 1000 locations, you can add location targets in bulk multiple times. For example, if you'd like to target 1200 locations, add your first 1000 location targets. When you're done, add the remaining 200 locations.
   - To target a city or zip code, include the full name of the country or state as well—for example, *Oxford, England* or *94103, California*.
5. If you wish to restrict your results to one country, click the field below the location entry box and select your desired country.
6. Click **Search**.
7. We'll display all locations that matched your search in the review panel. Review your results, then click **Target All** to target all of the locations that matched your search, or **Exclude all** to exclude all of the locations that matched your search. To target individual locations from the review panel, click **Target** next to the location you wish to add as a target.
   - If you searched for any location targets that weren't found, you'll find them in the box where you entered the list of locations.
   - Clicking the gray "x" button will remove all locations from the review panel, as well as from your existing location targets or location exclusions.
8. Under "Targeted locations", you should see the location targets that you've just added.
9. Click **Save**.

[ Try it now ]

How to target multiple locations across campaigns   ˄

Location targeting data template/download CSV ⎙

| Attribute | Specification | Sample Values |
|---|---|---|
| Address line 1 | The complete and exact street address for the location (80 characters maximum). | 43 River Street |
| Address line 2 | The mailbox or suite number, if needed (80 characters maximum). | 83 |
| City | The location's city. | San Francisco |
| State/province | The location's state or province. | California |
| Postal code | The location's postal code. If it begins with zero, make sure that your spreadsheet formatting doesn't remove the zero as the first digit. | 94102 |
| Country | The country code. You can also use the ISO 3166-1 alpha-2 country code. | US |

Use the geographical targeting table ⎙ to find all the locations you can target and how you should refer to them in your template.

Other bulk editing options   ˅

### Related links
- Exclude ads from selected geographic locations
- About advanced location options
- About language targeting
- Refine your location targeting

📝 Give feedback about this article

**Was this helpful?**   [ Yes ]   [ No ]

---

> **Need more help?**
> Try these next steps:
>
>  **Ask the Help Community**
> Get answers from community experts
>
> **Contact us**
> Tell us more and we'll help you get there



## Choose where and when ads appear

About language targeting

Target ads to geographic locations

Exclude ads from geographic locations

About advanced location options

About ad reach

About targeting geographic locations

Target customers by location

Refine your location targeting

Target customers near an address with location extensions