UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:22-cv-00928-SB-AFMx                              Date: July 8, 2022

Title   Esmaeel Afifeh et al v. Farid Shekarchian Ahmadabadi et al

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

    On or before July 15, 2022, Defendants shall show cause in writing why the Court should not deny the Motion to Quash or Modify the Subpoena (ECF No. 95) because of their failure to submit the motion via joint stipulation as required by L.R. 45 and L.R. 37-2 (including L.R. 37-2.4).

    IT IS SO ORDERED.

**Initials of Preparer**   : ib